UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 8:04-cr-610-T-24TBM

MITCHELL HILL, and
ANGELA SHARON HILL,

    Defendants.

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court on Motion of the United States for Entry of a Final Order of Forfeiture for Substitute Assets for the following real property:

> Real property located at 435 Orange Boulevard, Polk City, Florida, including all improvements thereon and appurtenances[1] thereto, titled in the name of "Mitchell D. Hill, a married man," which is legally described as follows:
>
> Lot 9 of an Unrecorded Survey, said parcel being more particularly described as: The South 68.30 feet of the North 204.90 feet of Block 44, Amended Map of Polk City, as recorded in Plat Book 24, page 1, public records of Polk County, Florida, SUBJECT TO road right of way, if any, for Orange Blvd. a/k/a Citrus Grove Blvd. Containing 1.10 acres, more or less.
>
> [Property I.D. # 342625; 296500; 044050]

The Court, having been fully advised in the premises, finds as follows:

    1.    On July 27, 2005, this court entered a Preliminary Order of Forfeiture for the above-referenced real property against the defendant Mitchell Hill, pursuant to the provisions of 21 U.S.C. § 853, and on the same day, sentenced the defendant Mitchell

---

[1] The real property includes as an appurtenance thereto a mobile home, which is identified as one 1998, 62 x 28 Oaksprings mobile home, serial number 32620646KAB.

Hill and included the Preliminary Order of Forfeiture as part of his Judgment in a Criminal Case.

2.  On July 28, 2005, this court entered a Preliminary Order of Forfeiture for the above-referenced real property against the defendant Angela Sharon Hill, pursuant to the provisions of 21 U.S.C. § 853, and on September 19, 2005, sentenced the defendant Angela Sharon Hill and included the Preliminary Order of Forfeiture as part of her Judgment in a Criminal Case.

3.  The only claimants known to have an alleged interest in the real property are Green Tree Servicing LLC (hereinafter Green Tree), Norwest Financial (hereinafter Norwest), and Joe G. Tedder, Polk County Tax Collector (hereinafter the Tax Collector).

4.  On August 2, 2005, the United States sent, via certified U.S. mail, Notices of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture and copies of the Preliminary Order of Forfeiture in the above-styled case to the Tax Collector, Norwest Financial, and Green Tree.  Because the notices sent to Norwest Financial and Green Tree were returned undeliverable, the United States resent the notices on August 16, 2005 to Wells Fargo, who had acquired Norwest Financial, and Conseco Finance Corporation, which had been formerly known as Green Tree.

    A.    The Acknowledgment of Receipt of Notice for Joe G. Tedder, Polk County Tax Collector, was signed and returned to the United States, along with a statement of the current taxes owed.  The United States and Joe G. Tedder, Polk County Tax Collector have entered into a Stipulated Settlement Agreement.  (Doc. 814).

    B.    The return receipt for Conseco Finance Corporation, aka Green Tree, was signed and returned to the United States.  On August 29,

2005, Green Tree filed a petition with the Court, asserting its interest in the real property.  On November 2, 2005, the United States and Green Tree entered into a Stipulated Settlement Agreement.  (Doc. 725).

5.  The return receipt for Wells Fargo was signed and returned to the United States.  The Acknowledgment of Receipt of Notice of Forfeiture was not returned to the United States.  Wells Fargo, as Norwest Financial, has a recorded second mortgage against the real property for approximately $7,318.58.

In addition, undersigned counsel has attempted on at least two occasions to telephone Wells Fargo.  Further, the government sent a third notice on December 1, 2006.

6.  A Notice of Forfeiture was published on August 26, 2005, September 2, 2005, and September 9, 2005, in The Tampa Tribune, a newspaper of general circulation in Hillsborough County, Florida, and the News Chief, a newspaper of general circulation in Polk County, Florida.

7.  To date, no third parties, other than Green Tree and the Polk County Tax Collector, whose interests have been settled, have filed a petition claiming an interest in the subject property, and the time for filing such a petition has expired.

8.  The Court finds that the defendant Mitchell Hill has an interest in the subject real property.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the following real property are CONDEMNED and FORFEITED to the United States of America,

**Motion for Entry of a Final Order of Forfeiture - Page 3**

pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

> Real property located at 435 Orange Boulevard, Polk City, Florida, including all improvements thereon and appurtenances thereto, titled in the name of "Mitchell D. Hill, a married man," which is legally described as follows:
>
> Lot 9 of an Unrecorded Survey, said parcel being more particularly described as: The South 68.30 feet of the North 204.90 feet of Block 44, Amended Map of Polk City, as recorded in Plat Book 24, page 1, public records of Polk County, Florida, SUBJECT TO road right of way, if any, for Orange Blvd. a/k/a Citrus Grove Blvd. Containing 1.10 acres, more or less.
>
> [Property I.D. # 342625; 296500; 044050]

It is further ORDERED that all third parties comply with their respective Stipulated Settlement Agreements.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of January, 2007.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:   Tonya L. Shotwell, AUSA
             Attorneys of Record

**Motion for Entry of a Final Order of Forfeiture - Page 4**